AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

ROBERTA STEPHANIE DIAZ, MIKIAL REDMOND, MARIYA MALAYEVA and FELIX ROXAS, on behalf of themselves and on behalf of all similarly situated persons

*Plaintiff(s)*

v.

THE AVO SHOPPING COMPANY, INC.

*Defendant(s)*

Civil Action No. 22-2591

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* The Avo Shopping Company, Inc.
c/o Neri Bluman
4138 37th Street
Long Island City, NY 11102

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Tanvir Rahman
Rahman Law P.C.
477 Madison Avenue, 6th Floor
New York, NY 10022
thr@rahmanlawyer.com
212.920.4096

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date: 5/6/2022

/s/Priscilla Bowens

*Signature of Clerk or Deputy Clerk*