The Avo Shopping Company, Inc.
4138 37th Street
Long Island City, NY 11101

April 28, 2022

**VIA EMAIL**

To:     NY Employees

        Re:     **Announcement of Mass Layoff**

Dear Employee:

Due to unforeseeable business circumstances, The Avo Shopping Company, Inc. ("Avo") is being forced to restructure its operations and, unfortunately, must reduce its staff at its location at 4138 37th Street, Long Island City, New York 11101. Accordingly, your employment with Avo will terminate on May 6, 2022 (the "Separation Date"). You are not expected to work after today, but in good faith, we will pay you your regular wages through the Separation Date.

Please be advised that if you were enrolled in Avo's group medical insurance plan, such coverage will terminate on May 31, 2022. You will receive a separate notice explaining how to continue your group health benefits coverage at your own expense under COBRA. Any other employee benefits you receive will terminate on your Separation Date.

This letter is your official notice of your layoff under the federal Worker Adjustment Retraining and Notification Act ("WARN") and the New York State Worker Adjustment Retraining and Notification Act ("NY WARN"). We regret that, due to unforeseeable business circumstances, specifically due to the dramatic downturn in the market that resulted in Avo not being able to secure crucial funding that we had reasonably expected receiving and our inability to find replacement funding, we were unable to provide the entire 60 days' notice as per WARN or the entire 90 days' notice provided as per NY WARN.

It is our sincere hope that after significantly restructuring our business activities and obtaining additional necessary funding, we can invite you to work with us again. Nonetheless, due to the aforementioned unforeseen current business circumstances, this layoff is expected to be permanent and Avo does not have a job bumping system.  That is, certain employees will not be able to displace more junior employees out of their job positions as a result of this layoff solely based on their length of employment with Avo.

You are hereby notified that, as a result of your employment loss, you may be eligible to receive job retraining, re-employment services, or other assistance with obtaining new employment from the New York State Department of Labor ("NYSDOL") or its workforce partners. You may be eligible for unemployment insurance benefits after your Separation Date.  Unemployment insurance eligibility and filing information is being included with this notice and can be obtained at https://labor.ny.gov/unemploymentassistance.shtm. You can access reemployment information on the NYSDOL's website or you may visit one of the NYDOL's local offices for further information and assistance.

{01114191.DOCX.2}

April 28, 2022  
Page 2

Avo has sent notice of this reduction in force to all applicable governmental entities as required pursuant to NY WARN and WARN, on April 28, 2022.

If you have any questions or want additional information concerning this notice, please contact Neri Bluman at neri@avonow.com or (347) 530-9343.

We thank you for your service and commitment to Avo. You have played a significant role in building our company and we hope to continue to grow together again soon.

Sincerely,

_____

Neri Bluman  
Chief Operations Officer

{01114191.DOCX.2}