**EXHIBIT A – STIPULATION**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

ROBERTA STEPHANIE DIAZ, MIKIAL
REDMOND, MARIYA MALAYEVA,
FELIX ROXAS, TRACEY MIX-MAYS, and
NICHOLAS ANGELUS, on behalf of themselves
and on behalf of all similarly situated persons,

                Plaintiffs,

-against-

THE AVO SHOPPING COMPANY, INC.,

                Respondent.
-------------------------------------------------------------X

Case No. 1:22-CV-02591(ENV)(TAM)

**STIPULATION & PROPOSED ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel that the above-captioned action, and all claims asserted therein, shall be dismissed with prejudice as to Defendant. Each party shall pay its own attorneys' fees and costs.

**FILLIPPATOS PLLC**

By: _____
Tanvir H. Rahman, Esq.
199 Main Street, Suite 800
White Plains, New York 10601
Tel.: (914) 984-1111
*Attorneys for Plaintiffs*

Dated: New York, New York
February 10, 2025

**ELLENOFF GROSSMAN & SCHOLE LLP**

By: _____
Ilan Weiser, Esq.
1345 Avenue of the Americas, 11th Fl.
New York, New York 10105
Tel.: (212) 370-1300
*Attorneys for Defendant*

Dated: New York, New York
February 10, 2025

**Application Granted**
**SO ORDERED**
Brooklyn, New York
Dated: 2/11/2025

/s/ Eric N. Vitaliano
_____
Eric N. Vitaliano
United States District Judge

The Clerk of Court is directed to close this case.

{01487183.DOCX.1}  Page **11** of **11**